# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-7144
2. DATE DOCKETED: 09/30/2025
3. CASE NAME (lead parties only) Namig Baker, et al v. Islamic Republic of Iran
4. TYPE OF CASE: [X] District Ct - [ ] US Civil [ ] Private Civil [ ] Criminal [ ] Bankruptcy
   [ ] Bankruptcy - if direct from Bankruptcy Court  [ ] Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? [ ] Yes [X] No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 1:22-cv-02765-BAH     Bankruptcy Court Docket No.     Tax Court Docket No.
      Criminal _____                   Bankruptcy _____             Tax _____
      Miscellaneous _____              Adversary _____
                                          Ancillary _____
   b. Review is sought of:
      [X] Final Order  [ ] Interlocutory Order appealable as of right  [ ] Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge  Judge Beryl A. Howell            Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 08/28/2025   e. Date notice of appeal filed: 09/25/2025
   f. Has any other notice of appeal been filed in this case? [ ] Yes [X] No   If YES, date filed: _____
   g. Are any motions currently pending in trial court? [ ] Yes [ ] No   If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? [ ] Yes [X] No
      If NO, why not? No proceedings
   i. Has this case been before the Court under another appeal number? [ ] Yes  Appeal # _____  [X] No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      [ ] Yes [X] No If YES, give each case's court and case name, and docket number:
      _____
   k. Does this case turn on validity or correct interpretation or application of a statute? [X] Yes [ ] No
      If YES, give popular name and citation of statute Section 1605A(c) of the FSIA - 28 U.S.C. § 1605A(c)
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? [ ] Yes [X] No   If so, provide program name and participation dates

Signature s/ Robert L. Sirianni Jr      Date 10/30/2025
Name of Party Baker et al
Name of Counsel for Appellant/Petitioner Robert L. Sirianni JR
Address PO Box 2047 Winter Park FL 32790
Phone ( 407 ) 3881900     Fax ( (407) )622-1511

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, I caused a true and correct copy of the foregoing to be served via the Clerk through the Court's e-filing process.

                    *s/ Robert L. Sirianni, Jr., Esq.*
                    Robert L. Sirianni, Jr., Esq.
                    BROWNSTONE, P.A.
                    PO BOX 2047
                    Winter Park, FL 32790
                    Telephone: (407) 388.1900
                    Facsimile: (407) 622-1511
                    robertsirianni@brownstonelaw.com
                    Counsel for Appellants