IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

```
-------------------------------------------------------X
                                                       :
NAMIG BAKER, ET AL,                                    :
                                                       :
        Appellant,                                     :
                                                       :
                                                       :
ISLAMIC REPUBLIC OF IRAN,                              :
                                                       :
        Appellee.                                      :   Case No. 25-7144
                                                       :
-------------------------------------------------------X
```

**STATEMENT OF INTENT TO UTILIZE DEFERRED APPENDIX**

Pursuant to Federal Rule and Local Rule 30(c), and the clerk's order on December 1, 2023, Appellants state that they do no intend to utilize a deferred joint appendix and communication and consultation with opposing counsel is impossible.

Dated: October 31, 2025

<u>s/ Robert L. Sirianni, Jr., Esq.</u>

Robert L. Sirianni, Jr., Esq.
BROWNSTONE, P.A.
PO BOX 2047
Winter Park, FL 32790
Telephone: (407) 388.1900
Facsimile: (407) 622-1511
robertsirianni@brownstonelaw.com
*Counsel for Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2025, I caused a true and correct copy of the foregoing to be served via the Clerk through the Court's e-filing process.

*s/ Robert L. Sirianni, Jr., Esq.*

Robert L. Sirianni, Jr., Esq.
BROWNSTONE, P.A.
PO BOX 2047
Winter Park, FL 32790
Telephone: (407) 388.1900
Facsimile: (407) 622-1511
robertsirianni@brownstonelaw.com
*Counsel for Appellant*
