# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7144**              **September Term, 2025**

**1:22-cv-02765-BAH**

**Filed On: March 30, 2026** [2166162]

Namig Baker, et al.,

         Appellees

Johnny Butler, Jr., et al.,

         Appellants

      v.

Islamic Republic of Iran,

         Appellee

**O R D E R**

Upon consideration of appellants' motion for leave to file an amended brief, and the lodged amended brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged amended brief.

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

         BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk